No. 763. BLACK RIVER VALLEY BROADCASTS, INC. v. McNINCH ET AL. April 24, 1939. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. *Mr. Eliot C. Lovett* for petitioner. *Solicitor General Jackson, Assistant Attorney General Arnold,* and *Messrs. Robert M. Cooper, William J. Dempsey, William C. Koplovitz,* and *Andrew G. Haley* for respondents.

Nos. 764 and 765. DRUSILLA CARR LAND CORP. ET AL. v. GARY LAND CO. April 24, 1939. Petition for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. George E. Billett* for petitioners. *Messrs. Kemper K. Knapp* and *Frank B. Pattee* for respondent.

No. 856. HINES v. TEXAS;
No. 857. RYAN v. SAME;
No. 858. BROWN v. SAME; and
No. 859. HUNTER v. SAME. See *ante,* p. 609.

No. 815. WILLIAMSON v. COMMISSIONER OF INTERNAL REVENUE. May 1, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. MR. JUSTICE REED took no part in the consideration and decision of this application. *Mr. Murray Seasongood* for petitioner. *Solicitor General Jackson, Assistant Attorney General Morris,* and *Messrs. Sewall Key* and *Berryman Green* for respondent.

No. 844. RASH, ADMINISTRATOR, v. NORFOLK & WESTERN RY. CO. May 1, 1939. Petition for writ of certiorari to the Supreme Court of Appeals of West Virginia denied